**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIZALINA WEBBER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:18-cv-01405-JAD-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Rizalina Webber ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 30, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 24, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 14, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. It is being made in good faith and is not being made for purposes of delay.

Dated this 20th day of August, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/* Jason G. Revzin
_____
Jason G. Revzin
Nevada Bar No. 8629
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK, LLC and HAINES & KRIEGER, LLC**

/s/ *Miles N. Clark*
_____
Matthew I. Knepper, Nevada Bar No. 12796
Miles N Clark, Nevada Bar No. 13848
10040 W Cheyenne Ave, Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
and
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond up to and including September 14, 2018 is so ORDERED AND ADJUDGED.

Dated this 21st day of August, 2018.

*George Foley Jr.*
_____
**UNITED STATES MAGISTRATE JUDGE**