Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIZALINA WEBBER,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS UNION LLC,<br><br>Defendants. | Case No.: 18-cv-1405-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST]** |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 1
3221993.1

Plaintiff Rizalina Webber ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On July 30, 2018, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On September 24, 2018, Plaintiff filed a First Amended Complaint [ECF Dkt. 12].

3. On October 8, 2018, Trans Union moved to dismiss the First Amended Complaint. [ECF Dkt. 13].

4. On October 22, 2018, the Court granted the parties' first request to extend the time for Plaintiff to respond to November 5, 2018.

5. Since that time, the parties have made progress in attempting to bring this case to a mutually acceptable resolution, and in furtherance of the same Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days to allow the Parties to continue settlement negotiations. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **November 19, 2018**. This is the parties' second

//
//
//
//
//
//
//
//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 2
3221993.1

//

request to stipulate, and it is not being made for the purposes of delay.

    IT IS SO STIPULATED.

    Dated November 5, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* | /s/ *Jason G. Revzin*<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br><br>*Attorneys for Defendant*<br>*Trans Union LLC* |

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2018.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 3
3221993.1